1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA T. BERRY,<br><br>                    Plaintiff,<br><br>          v.<br><br>CAROLYN W. COLVIN, Acting<br>Commissioner of Social Security,<br><br>                    Defendant. | Case No. EDCV 13-158 JC<br><br>JUDGMENT |

     IT IS HEREBY ADJUDGED that the decision of the Commissioner of

Social Security is reversed in part and the matter is remanded for further

administrative action consistent with the Memorandum Opinion and Order of

Remand filed concurrently herewith.

DATED:  July 25, 2013

_____/s/_____

Honorable Jacqueline Chooljian
UNITED STATES MAGISTRATE JUDGE