MICHAEL J. HURLEY   SBN: 153174
Offices of Michael J. Hurley
9121 Haven Avenue, Suite 130
Rancho Cucamonga, CA 91730
Telephone:  (909) 948-7282
Facsimile:   (909) 948-7292
E-Mail:       Mogahurley@aol.com

Attorney for Plaintiff:
JOSHUA T. BERRY

# UNITED STATES DICTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# EASTERN DIVISION

| | |
|---|---|
| JOSHUA T. BERRY , <br><br>                 Plaintiff, <br><br> vs. <br><br> CAROLYN W. COLVIN, <br> ACTING COMMISSIONER OF <br> SOCIAL SECURITY, <br><br>                 Defendants. | No.  EDCV – 13-158 JC <br><br> ORDER AWARDING EAJA ATTORNEY FEES |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

IT IS ORDERED that EAJA fees are awarded in the amount of $3,000.00 subject to the terms of the stipulation.

Dated:     August 2, 2013

_____/s/_____
HONORABLE JACQUELINE CHOOLJIAN
UNITED STATES MAGISTRATE JUDGE

---

ORDER FOR EAJA FEES